NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CLICK-TO-CALL TECHNOLOGIES, LP,**
*Appellant*

**v.**

**INGENIO, INC., THRYV, INC., FKA DEX MEDIA, INC., FKA YELLOWPAGES.COM, LLC,**
*Appellees*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————

2015-1242

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00312.

———————————

**SUA SPONTE**

———————————

2          CLICK-TO-CALL TECHNOLOGIES, LP v. INGENIO, INC.

Before O'MALLEY and TARANTO, *Circuit Judges,* and
STARK, *Chief District Judge\*.*

PER CURIAM.

# **O R D E R**

Upon consideration of the judgment of the Supreme Court of the United States in *Thryv, Inc., fka Dex Media, Inc. v. Click-To-Call Technologies, LP, et al.,* 140 S. Ct. 1367 (2020)*,* vacating and remanding with instructions to dismiss for lack of appellate jurisdiction,

IT IS ORDERED THAT:

(1)  The mandate of this court issued on October 9, 2018, is recalled, the appeal is reinstated, and this court's August 16, 2018, judgment is vacated.

(2)  The official caption is revised as reflected above in light of the notice filed by Thryv, Inc. at the Supreme Court.

(3)  The appeal is dismissed for lack of jurisdiction. The mandate shall reissue forthwith.

(4)  Each party shall bear its own costs.

FOR THE COURT

May 28, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

---

\*    The Honorable Leonard P. Stark, Chief District Judge, United States District Court for the District of Delaware, sitting by designation.